IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ALLENE PARNELL o/b/o
TWANA PARNELL-DEVORS                                                            PLAINTIFF

v.                           CIVIL NO. 3:21-cv-3020-MEF

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                  DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Allene Parnell o/b/o Twana Parnell-Devors, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security Administration (the "Commissioner").  (ECF No. 2).  On April 20, 2021, Plaintiff filed a Motion to Dismiss, after her Motion to Proceed In Forma Pauperis was provisionally filed requesting information as to why her $48,000 trust fund could not be used to pay the filing fee in this case.  (ECF No. 6).  Plaintiff now states that she does not wish to use the trust fund to pay the filing fee and wishes to dismiss the case.  (ECF No. 7).

Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this 13th day of May 2021.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE